Stephens v City of Buffalo (2025 NY Slip Op 00604)

Stephens v City of Buffalo

2025 NY Slip Op 00604

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND NOWAK, JJ.

987/23 CA 22-01888

[*1]CHERYL STEPHENS, PLAINTIFF-RESPONDENT,
v
CITY OF BUFFALO, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

CAVETTE A. CHAMBERS, CORPORATION COUNSEL, BUFFALO (ROBERT E. QUINN OF COUNSEL), FOR DEFENDANT-APPELLANT.
ROSENTHAL, KOOSHOIAN & LENNON, LLP, BUFFALO (PETER M. KOOSHOIAN OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Raymond W. Walter, J.), entered November 9, 2022. The order denied the motion of defendant City of Buffalo to vacate a default judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 30, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court